**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 20-676-JFW(SKx)** | Date:  March 11, 2021 |

Title: Brett DeSalvo -v- Yoshinoya America, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**  ORDER GRANTING JOINT MOTION FOR: (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) CONDITIONAL CERTIFICATION OF SETTLEMENT CLASSES [filed 2/12/2021; Docket No. 28]

On February 12, 2021, Plaintiff Brett DeSalvo ("Plaintiff"), on behalf of himself and on behalf of the classes he represents, and Defendant Yoshinoya America, Inc. ("Defendant") filed a Joint Motion for: (1) Preliminary Approval of Class Action Settlement; and (2) Conditional Certification of Settlement Classes (the "Joint Motion").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for March 15, 2021 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

For the reasons stated in the moving papers, the Court **GRANTS** the Joint Motion.  However, the Notice of Proposed Settlement of Class Action and Fairness Hearing ("Class Notice") had multiple typographical errors.  For example, in paragraph 10(c) of the Class Notice, the parties incorrectly identify the case number of this action as 2:30-cv-00676 (instead of 2:20-cv-00676), and sets the Final Approval and Fairness Hearing for the year 2020 (instead of 2021).  The parties shall carefully proofread the Class Notice and shall submit a revised Class Notice to the Court on or before **March 15, 2021.**  In addition, the parties' proposed order lodged with the Court on March 11, 2021 was unacceptable.  The parties shall lodge and email to JFW_Chambers@cacd.uscourts.gov a new proposed order (similar to the one at Docket No. 28 at pp. 71 to 75) on or before **March 15, 2021**.  The Court will schedule the Final Approval and Fairness Hearing on the proposed settlement for **June 7, 2021 at 1:30 p.m.**

IT IS SO ORDERED.